## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Bazak Sharon, MD,

          Plaintiff,

    vs.

Nancy Sanders Harper, MD; Sameer Gupta, MD; Joseph Neglia, MD; Jordan Marmet, MD; Caroline George, MD; The University of Minnesota Physicians d/b/a U of M Physicians; Fairview Health Services, d/b/a M Health Fairview Masonic Children's Hospital; and the Board of Regents of the University of Minnesota,

          Defendants.

Court File No. 0:25-CV-04603-LMP-SGE

**DEFENDANT FAIRVIEW HEALTH SERVICES FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fairview Health Services states that they have no parent corporation nor does any publicly held corporation own 10% or more of its stock.

DATED:  March 4, 2026       **MADEL PA**

        By:  */s/ Todd L. Hennen*
        Christopher W. Madel (#230297)
        Todd L. Hennen (#398710)
        434 Lake Street
        Excelsior, MN 55331
        Telephone: 612-605-0630
        cmadel@madellaw.com
        thennen@madellaw.com

        *Attorneys for Defendant Fairview Health Services*

1