**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Bazak Sharon, MD, | Case No. 25-CV-4603 (LMP/SGE) |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| | **STIPULATION TO EXTEND** |
| Nancy Sanders Harper, MD; Sameer Gupta, | **DEADLINE TO ANSWER OR** |
| MD; Joseph Neglia, MD; Jordan Marmet, | **OTHWERWISE RESPOND TO** |
| MD; Caroline George, MD; The University | **AMENDED COMPLAINT** |
| of Minnesota Physicians d/b/a U of M | |
| Physicians; Fairview Health Services d/b/a | |
| M Health Fairview Masonic Children's | |
| Hospital; and The Board of Regents of the | |
| University of Minnesota, | |
| Defendants. | |

---

The parties filed a stipulation (Dkt. 25), to establish deadlines for the parties to respond to the Amended Complaint and to develop a briefing schedule that allows all counsel a fair opportunity to bring and oppose the motions to dismiss the parties intend to bring.

**IT IS HEREBY ORDERED:**

1. The Defendants will Answer or otherwise respond to the Amended Complaint by June 17, 2026.

2. If a Defendant files a motion in lieu of an Answer to the Amended Complaint, Plaintiff will file any opposition to such motion on or before July 15, 2026.

3.    Any Reply Memorandum in support of a Defendant's motion above will be filed on or before July 29, 2026.


Dated: April 15, 2026

s/Shannon G. Elkins
SHANNON G. ELKINS
U.S. Magistrate Judge
District of Minnesota

2